```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
     U.S. Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, CA 90012
     Telephone: (213)894-2727
     Facsimile: (213)894-7177
     E-mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,   | NO.  CV 05-1535-SVW(FMOx) |
|---|---|
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $437,294.41 in U.S. Currency, | |
| Defendant. | |
| MARTIN CELNER, | |
| Claimant. | |

This action was filed on March 1, 2005.  Notice was given and published in accordance with law.  Martin Celner ("Claimant Celner"), timely filed a Claim on February 24, 2006.  The parties agree to waive the requirement for filing an Answer as to Claimant Celner.  No other claims or answers have been filed, and the time for filing claims and answers has expired.  Plaintiff

and Claimant Celner have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $437,294.41 in U.S. currency other than Claimant Celner are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $96,316.00 of the defendant U.S. currency and all interest earned thereon. No other person or entity shall have any right, title or interest in the forfeited currency. The United States Marshals Service is ordered to dispose of said asset in accordance with law.

4. The remaining $340,978.41 of the defendant currency and all interest earned thereon shall be returned to Claimant Celner in care of his attorney, Richard G. Novak. Said funds shall be forwarded by check made payable to "Law Offices of Richard G. Novak Trust Account," and shall be mailed to Richard G. Novak, Esq., Law Office of Richard G. Novak, 16633 Ventura Boulevard, Suite 1200, Encino, California, 91436-1839.

5. Claimant Celner hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the United States Drug Enforcement Administration,

1 | from any and all claims, actions or liabilities arising out of or
2 | related to this action, including, without limitation, any claim
3 | for attorneys' fees, costs or interest which may be asserted on
4 | behalf of Claimant Celner, whether pursuant to 28 U.S.C. § 2465
5 | or otherwise.

6 |     6.   The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: September 17, 2009

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: August 31, 2009    THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/  MICHELE C. MARCHAND
_____
MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: August 31, 2009    LAW OFFICES OF RICHARD G. NOVAK

    /s/ RICHARD G. NOVAK
_____
RICHARD G. NOVAK

Attorney for Claimant
Martin Celner

3